John F. McDonough, Minor, by Martin McDonough, Father and Next Friend, Appellant, v. Fred Schwartz, Appellee.

Gen. No. 43,502.

opinion filed May 29, 1946; released for publication June 13, 1946. Lester E. Williams, for appellant; Jones, Key & Chapman, for appellee; C. D. Jones and Alfred W. Bosworth, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.